1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re                                No. C-12-3183 EMC (pr)

9    JAIME LUEVANO,

10                 Plaintiff.              **ORDER OF TRANSFER**
     _____/

11

12          Jaime Luevano, an inmate at a prison in Kenedy, Texas, operated by the Texas Department

13   of Criminal Justice, filed this *pro se* civil action, complaining of events and omissions that occurred

14   at that prison.  The prison is located in Karnes County, Texas, within the venue of the Western

15   District of Texas.  *See* 28 U.S.C. § 124(d).  The defendants work at that prison, and apparently

16   reside in that district.  No defendant is alleged to reside in, and none of the events or omissions

17   giving rise to the complaint occurred in, the Northern District of California.  Venue therefore would

18   be proper in the Western District of Texas, and not in this one.  *See* 28 U.S.C. §§ 85, 1391(b).

19   Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20   **TRANSFERRED** to the United States District Court for the Western District of Texas.  The Clerk

21   shall transfer this matter.

22          IT IS SO ORDERED.

23

24   Dated:  October 9, 2012

25                                         _____
                                           EDWARD M. CHEN
26                                         United States District Judge

27

28

*(left margin, vertical text)* **United States District Court** For the Northern District of California